1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERICK GONZALEZ,                     ) Case No. CV 15-3051-JPR
                                    )
            Petitioner,             )
                                    )          **J U D G M E N T**
            v.                      )
                                    )
J. SOTO, Warden,                    )
                                    )
            Respondent.             )
_____)

      Under the Memorandum Opinion and Order Granting Respondent's
Motion to Dismiss, Denying Petitioner's Motion for Leave to File
Late Petition and for a Stay, Denying Petition, and Dismissing
Action With Prejudice,

      IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.


DATED: August 18, 2015          _____
                                JEAN ROSENBLUTH
                                U.S. MAGISTRATE JUDGE